No. 88–5569. IN RE SMITH. Petition for writ of mandamus denied.

No. 88–5640. IN RE SHEFFIELD. Petition for writ of mandamus and/or prohibition denied.

No. 88–449. HEALY ET AL. *v.* THE BEER INSTITUTE ET AL.; and

No. 88–513. WINE & SPIRITS WHOLESALERS OF CONNECTICUT, INC. *v.* THE BEER INSTITUTE ET AL. Appeals from C. A. 2d Cir. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument.

No. 88–192. MCKESSON CORP. *v.* DIVISION OF ALCOHOLIC BEVERAGES AND TOBACCO, DEPARTMENT OF BUSINESS REGULATION OF FLORIDA, ET AL. Sup. Ct. Fla.; and

No. 88–325. AMERICAN TRUCKING ASSNS., INC., ET AL. *v.* SMITH, DIRECTOR, ARKANSAS HIGHWAY AND TRANSPORTATION DEPARTMENT, ET AL. Sup. Ct. Ark. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 88–385. RODRIGUEZ DE QUIJAS ET AL. *v.* SHEARSON/AMERICAN EXPRESS, INC. C. A. 5th Cir. Certiorari granted.

No. 88–280. MCCARTHY ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–299. SMITH ET AL. *v.* REAGAN, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 4th Cir. Certiorari denied.

No. 88–302. GORDON, SPECIAL DEPUTY STATE INSURANCE COMMISSIONER OF MARYLAND *v.* UNITED STATES DEPARTMENT OF THE TREASURY ET AL. C. A. 4th Cir. Certiorari denied.